# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>VALVOLINE INC., )<br>    Garnishee, )<br>  )<br>and )<br>  )<br>KENYARTIC WASHINGTON, )<br>    Defendant. ) | No. 2:25-cv-02791-SHL-atc<br>Ref. No. 2:11-cr-20002-SHL-1 |

## ORDER OF GARNISHMENT

A Writ of Continuing Garnishment, directed to Valvoline Inc. ("Garnishee"), has been issued and served upon Garnishee. Pursuant to the Writ of Continuing Garnishment, Garnishee filed an Answer on September 12, 2025 (ECF No. 7), stating that at the time of the service of the writ, Garnishee had in their possession or control earnings or personal property belonging to and due to Kenyartic Washington ("Defendant").

Defendant was notified of his right to a hearing and has not requested a hearing to object to the Answer of Garnishee or to determine exempt property.

**IT IS ORDERED** that Garnishee pay 25% of the non-exempt disposable earnings of Defendant, for each pay period, withheld from the date of service of the Writ of Garnishment to date, to Plaintiff, United States of America, and continue to withhold and pay over to the United States of America, such additional non-exempt disposable earnings and other personal property belonging to Defendant weekly, as should come into the Garnishee's possession or control in the future until the judgment is paid in full, the judgment is satisfied, a court order quashes the writ,

the property in the possession or control of the Garnishee is exhausted, or Defendant separates from Garnishee's employment pursuant to 28 U.S.C. § 3205(c)(10).

**IT IS FURTHER ORDERED** that the Garnishee pay over such property to Plaintiff, United States of America, through the United States District Court Clerk, and mail each remittance to **U.S. District Court, Western Division Office, 167 North Main St., Room 242, Memphis, TN 38103, referencing case number 2:11CR20002-01.**

**IT IS SO ORDERED,** this 14th day of October, 2025.

                                                   s/ Sheryl H. Lipman  
                                                   SHERYL H. LIPMAN  
                                                   CHIEF UNITED STATES DISTRICT JUDGE